UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS GLOVER | CIVIL ACTION |
| VERSUS | NO. 23-230-RLB |
| GEORGIA-PACIFIC, LLC | CONSENT |

### ORDER

Considering Plaintiff's Voluntary Motion to Dismiss All Plaintiff's Claims Against Defendant with prejudice (R. Doc. 20),

**IT IS ORDERED** that the Motion is **GRANTED,** and the claims of Plaintiff, Carlos Glover, in the above captioned matter, be and the same are hereby dismissed, with prejudice, against Defendant, Georgia-Pacific, LLC, with each party bearing their own costs and attorney's fees.

Signed in Baton Rouge, Louisiana, on February 28, 2024.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

jury